JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
Assistant United States Attorney

U.S. Attorney's Office/Civil Division
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7322
Facsimile: (415) 436-6748
E-mail: michael.t.pyle@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SASKIA RUSSELL ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA ET AL., )<br>)<br>Defendants. )<br>_____ ) | No. 08-5651 TEH<br><br>**STIPULATION EXTENDING FEDERAL DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>Civil L.R. 6-1(a) |

IT IS HEREBY STIPULATED by and between the undersigned that all of the named defendants in this action ("the Federal Defendants") may have to and including May 22, 2009 in which to answer, move or otherwise respond to the Complaint herein.  This is the first request for an extension of time by any party in this matter.

Dated: March 31, 2009          Respectfully submitted,

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

                      By:          /s/
                              Michael T. Pyle
                              Assistant U.S. Attorney
                              Attorneys for Federal Defendants

*IT IS SO ORDERED*
*Judge Thelton E. Henderson*

STIP EXT. OF TIME RE COMPLAINT RESPONSE
C08-5651 TEH                                          1

1
2  Dated: March 31, 2009                BRAYTON PURCELL, LLP
                                        United States Attorney
3
4                               By:           /s/
                                        Clayton W. Kent
5                                       Attorneys for Plaintiffs

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28