JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
Assistant United States Attorney

U.S. Attorney's Office/Civil Division
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7322
Facsimile: (415) 436-6748
E-mail: michael.t.pyle@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SASKIA RUSSELL ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA ET AL.,<br><br>  Defendants. | No. 08-5651 TEH<br><br>**STIPULATION EXTENDING FEDERAL DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>Civil L.R. 6-1(a) |

IT IS HEREBY STIPULATED by and between the undersigned that all of the named defendants in this action ("the Federal Defendants") may have to and including June 11, 2009 in which to answer, move or otherwise respond to the Complaint herein.  This is the second extension of time in this matter.   The Federal Defendants will participate in the Case Management Conference on June 8, 2009 at 1:30 p.m. and file a Joint Case Management Conference with Plaintiff prior to the Case Management Conference.

///

///

///

///

STIP EXT. OF TIME RE COMPLAINT RESPONSE
C08-5651 TEH                                              1

| | | |
|---|---|---|
| 1 | Dated: May 8, 2009 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | By: | /s/<br>Michael T. Pyle |
| 5 | | Assistant U.S. Attorney<br>Attorneys for Federal Defendants |
| 7 | | |
| 8 | Dated: May 8, 2009 | BRAYTON PURCELL, LLP<br>United States Attorney |
| 10 | By: | /s/<br>Clayton W. Kent<br>Attorneys for Plaintiffs |

IT IS SO ORDERED

Judge Thelton E. Henderson

05/11/09

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA