JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
Assistant United States Attorney

   U.S. Attorney's Office/Civil Division
   450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
   Telephone: (415) 436-7322
   Facsimile: (415) 436-6748
   E-mail: michael.t.pyle@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SASKIA RUSSELL ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. 08-5651 TEH <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN FACT DISCOVERY DEADLINES** |

IT IS HEREBY STIPULATED by and between the undersigned, subject to the Court's approval, that the deadline for Plaintiff to respond to certain written discovery is continued and that the fact discovery deadline of February 1, 2009 is continued such that Defendant may subpoena records from and take depositions of Plaintiffs' current and former health care providers until March 19, 2009. The reason for this stipulation is that Plaintiff has requested an extension of time to respond to written discovery served by Defendant on November 18, 2009 and Defendant is willing to extend the deadline for responses to that written discovery to January 8, 2009 if Defendant can have sufficient time after receiving the discovery responses to subpoena records from, and take depositions of, Plaintiffs' current and former health care providers. This stipulation will also give the parties time to resolve any disputes that arise with respect to

Defendant's request for releases from Plaintiffs regarding their medical records. The additional time in this stipulation is also requested because Plaintiffs' counsel will be unavailable until January 4, 2010 and Defendant's counsel will be unavailable between February 8-20, 2010.

Dated: December 24, 2009  Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

By: /s/
Michael T. Pyle
Assistant U.S. Attorney
Attorneys for Federal Defendants

Dated: December 24, 2009  BRAYTON PURCELL, LLP

By: /s/
Clayton W. Kent
Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Plaintiff shall respond to Defendant's outstanding written discovery and produce responsive documents on or before January 8, 2010. The fact discovery deadline of February 1, ~~2009~~ 2010 is continued such that Defendant may subpoena records from, and take depositions of, Plaintiffs' current and former health care providers on or before March 19, ~~2009~~ 2010.

No other deadlines, including the trial date of May 18, 2010, shall be changed as a result of this order.

DATED: 01/04/10

HON. THELTON E. HENDERSON
United States District Judge

*Judge Thelton E. Henderson*