JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
Assistant United States Attorney

   U.S. Attorney's Office/Civil Division
   450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
   Telephone: (415) 436-7322
   Facsimile: (415) 436-6748
   E-mail: michael.t.pyle@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SASKIA RUSSELL ET AL., <br>     Plaintiffs, <br> v. <br> UNITED STATES OF AMERICA, <br>     Defendant. | No. 08-5651 TEH (JL) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY DISPUTES** |

IT IS HEREBY STIPULATED by and between the undersigned, subject to the Court's approval, that the parties have resolved a number of disputes about outstanding discovery and disclosure issues as follows:

1. Plaintiffs will fully comply with their obligation to provide a computation of each category of damages and make available for inspection and copying material on which each computation is based. *See* Rule 26(a)(1)(A)(iii). Plaintiffs will serve the computation and documents on Defendant no later than February 5, 2010.

2. Plaintiffs will withdraw their objections to the interrogatories served on each Plaintiff on or about November 18, 2009 and will fully and completely respond to the interrogatories no later than February 5, 2010.

3. Plaintiffs will withdraw their objections to the document request served on Plaintiffs on or about November 18, 2009 and will produce all non-privileged responsive documents no later than February 5, 2010, as well as a privilege log.

4. Plaintiff Saskia Russell will sign consent forms for all of the medical professionals she or any other Plaintiff has seen at any time and will sign and return such forms promptly (within 5 calendar days) after they are provided by Defendant.

5. Plaintiff Saskia Russell on behalf of herself and the other Plaintiffs will execute a declaration attesting that Plaintiffs seek only "garden variety" emotional distress and that (a) Plaintiffs do not claim unusually severe emotional distress, (b) Plaintiffs do not allege a specific mental or psychiatric injury or disorder and (c) Plaintiffs will not offer expert testimony (including by an treating physician, retained or non-retained expert) to support a claim of emotional distress. In exchange, Defendant will agree not to conduct a psychiatric IME of any Plaintiff.

6. Plaintiff Saskia Russell and non-party Cale Russell shall appear at Defendant's counsel's office on a date agreeable to the witnesses and counsel. The parties expect that this deposition will take place in late February or early March, 2010.

7. Plaintiffs will not offer any evidence of any kind about the medical, emotional or psychiatric condition of non-party Cale Russell at any point in this litigation, including trial.

8. Plaintiffs may take the deposition of non-party Kevin Sheehan on a date agreeable to Mr. Sheehan and counsel. The parties expect that this deposition will take place in late February or early March, 2010.

9. The deadline for either Party to move to compel compliance with any alleged lack of compliance with the provisions of this Stipulation shall be 14 business days after receipt of the discovery responses or notice of the alleged non-compliance with the terms of this stipulation.

///

///

///

///

| | | |
|---|---|---|
| Dated: February 2, 2010 | | Respectfully submitted, |
| | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | By: | /s/<br>Michael T. Pyle<br>Assistant U.S. Attorney<br>Attorneys for Federal Defendants |
| Dated: February 2, 2010 | | BRAYTON PURCELL, LLP |
| | By: | /s/<br>Clayton W. Kent<br>Attorneys for Plaintiffs |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: 02/02/10

HON. THELTON E. HENDERSON
United States District Judge

*[Signature and seal: Judge Thelton E. Henderson, United States District Court, Northern District of California]*