JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:  (415) 436-7181
Facsimile:   (415) 436-6748
Email: victoria.carradero@us.doj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SASKIA RUSSELL, ET AL., | Case No.  C 08-5651 THE (EMC) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUMMARY JUDGMENT BRIEFING AND HEARING DATE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUMMARY JUDGMENT BRIEFING AND HEARING DATE**

1

Plaintiffs Saskia Russell, et al., and Defendant United States of America, by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the settlement conference in this matter is currently set for February 22, 2010, the same day that summary judgment is currently due (with a hearing date currently scheduled for March 29, 2010).

WHEREAS, Plaintiffs have requested to take the deposition of non-party Kevin Sheehan and believe this deposition is necessary to fully evaluate the case. The parties are informed and believe Mr. Sheehan is presently in Haiti assisting earthquake victims.

WHEREAS the parties have stipulated and the court has ordered that Mr. Sheehan's deposition may occur on a date mutually agreeable to Mr. Sheehan and counsel. The parties expect this deposition to take place in late February or early March 2010.

WHEREAS the parties agree to a short continuance of the summary judgment briefing and hearing dates to accommodate the February 22, 2010 settlement conference and the upcoming deposition of Mr. Sheehan.

Accordingly, the parties hereby stipulate that the deadline to file summary judgment is continued from February 22, 2010 to March 8, 2010 and the hearing date on summary judgment is continued from March 29, 2010 to April 12, 2010.

**IT IS SO STIPULATED**.

DATED: February 16, 2010                                BRAYTON PURCELL, LLP

                                                        _____/s/_____
                                                        Clayton W. Kent
                                                        Attorneys for Plaintiffs


DATED: February 16, 2010                                JOSEPH RUSSONIELLO
                                                        United States Attorney


                                                        _____/s/_____
                                                        Victoria R. Carradero
                                                        Assistant United States Attorney
                                                        Attorneys for Federal Defendant

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUMMARY JUDGMENT BRIEFING AND HEARING DATE**                                2

1  **PURSUANT TO STIPULATION IT IS SO ORDERED.**

2      The deadline to file summary judgment is hereby continued from February 22, 2010 to March 8,

3  2010.  The hearing date on summary judgment is hereby continued from March 29, 2010 to April 12,

4  2010.

5

6  DATED:   02/16/10



The Honorable Thelton E. Henderson
United States District Judge

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUMMARY JUDGMENT BRIEFING AND HEARING DATE**

3