IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SASKIA RUSSELL, et al.,

              Plaintiffs,

     v.

UNITED STATES OF AMERICA, et al.,

              Defendants.

NO. C08-5651 TEH

ORDER FOR SUPPLEMENTAL BRIEFING FROM PLAINTIFFS

       The Court has reviewed Plaintiffs' application for an order approving minors' compromise and Defendants' statement of conditional non-opposition thereto. Plaintiffs did not file a reply.

       The Court shares Defendants' concern that Plaintiffs' papers list the total amount of the settlement as $250,000 but discuss distribution of only $200,000. If, as Defendants surmise, the remaining $50,000 will be Plaintiff Saskia Russell's share of the settlement proceeds, it appears that this Court's approval is unnecessary as to that portion because Saskia Russell is not a minor. Nonetheless, the record should be clear as to the distribution of the settlement, and the Court therefore orders Plaintiffs to file a supplemental declaration explaining the $50,000 difference on or before **August 20, 2010.**

**IT IS SO ORDERED.**

Dated: 08/17/10

                         THELTON E. HENDERSON, JUDGE
                         UNITED STATES DISTRICT COURT