IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SASKIA RUSSELL, et al.,

                Plaintiffs,

    v.

UNITED STATES OF AMERICA, et al.,

                Defendants.

NO. C08-5651 TEH

ORDER APPROVING MINORS' COMPROMISE

       The Court has reviewed all of the papers submitted on Plaintiffs' application for an order approving minors' compromise, including Plaintiffs' supplemental declaration explaining that $50,000 of the total $250,000 settlement is designed to settle the individual claim of Plaintiff Saskia Russell, leaving $200,000 to settle the claims of the four minor plaintiffs. The Court now finds oral argument to be unnecessary.

       With good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' application is GRANTED, and the proposed compromise of the action and disposition of the proceeds of the settlement is approved. The gross amount of the settlement in favor of the four minor plaintiffs – Chantz Russell, Hudson Russell, Maverick Russell, and Brodin Russell – is $200,000.00.

       Defendant United States of America shall disburse the proceeds of the settlement approved by this Order in the following manner:

       1. Payment of Fees and Expenses: Fees and expenses shall be paid by electronic wire transfer to an account designated by Brayton Purcell LLP. Attorneys' fees in the amount of $50,000.00 are hereby authorized to be paid out of the proceeds of the settlement.

2. Payment of Settlement Proceeds to Minor Plaintiffs: The $150,000.00 balance of the settlement proceeds after payment of the allowed attorneys' fees shall also be paid by electronic wire transfer to an account designated by Brayton Purcell LLP.

    a. These funds shall be used solely for deposit into interest-earning, blocked accounts with a bank properly insured under the rules and regulations of the Federal Deposit Insurance Corporation for the express benefit of Chantz Russell, Hudson Russell, Maverick Russell, and Brodin Russell, and for no other purpose. Each minor plaintiff shall be entitled to $37,500.00 of the settlement proceeds.

    b. The funds in these accounts shall remain blocked until each minor child reaches the age of majority. Once each minor plaintiff reaches the age of majority, he or she shall be entitled to withdraw all or any portion of the balance held in his or her respective account without necessity of a court order, and the account shall no longer be blocked.

Plaintiff Saskia Russell is authorized to execute any and all documents reasonably necessary to carry out the terms of the settlement approved herein. A copy of all such documents shall be served on Defendant United States of America. A copy of this Order shall be served on the financial institution responsible for the interest-earning, blocked accounts involved herein.

**IT IS SO ORDERED.**

Dated:   08/18/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2