JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
Assistant United States Attorney
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

U.S. Attorney's Office/Civil Division
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7322
Facsimile: (415) 436-6748
E-mail: michael.t.pyle@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SASKIA RUSSELL ET AL.,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Defendant. | No. 08-5651 TEH<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER DISMISSING CASE WITH**<br>**PREJUDICE** |

　　IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party shall bear its own fees and costs except as set forth in the Stipulation for Compromise Settlement and Releases approved by the Court.

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE
C08-5651 TEH

| | | |
|---|---|---|
| 1 | DATED: February 28, 2010 | _____ |
| 2 | | Saskia Russell, Plaintiff |
| 3 | DATED: February 28, 2010 | _____ |
| 4 | | Saskia Russell, as Guardian ad litem for Plaintiff Chantz Russell, a minor |
| 5 | DATED: February 28, 2010 | _____ |
| 6 | | Saskia Russell, as Guardian ad litem for Plaintiff Hudson Russell, a minor |
| 7 | | |
| 8 | DATED: February 28, 2010 | _____ |
| 9 | | Saskia Russell, as Guardian ad litem for Plaintiff Maverick Russell, a minor |
| 10 | DATED: February 28, 2010 | _____ |
| 11 | | Saskia Russell, as Guardian ad litem for Plaintiff Brodin Russell, a minor |
| 12 | DATED: February 26, 2010   By: | _____ |
| 13 | | CLAYTON KENT<br>Attorney for Plaintiffs |

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: ~~February~~ March 15, 2010   By: _____
MICHAEL T. PYLE
Assistant United States Attorney
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 09/08/10

HON. _____
United _____

Judge Thelton E. Henderson

STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE
C08-5651 TEH                                    2